IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-269-RJC-DCK

| | |
|---|---|
| DERRICK NEWSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PRINSTON PHARMACEUTICAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by John G. McDonald and Meredith A. Pinson, concerning Caroline Austin on August 30, 2018. Ms. Caroline Austin seeks to appear as counsel *pro hac vice* for Defendant Prinston Pharmaceutical, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Ms. Caroline Austin is hereby admitted *pro hac vice* to represent Defendant Prinston Pharmaceutical, Inc.

**SO ORDERED**.

Signed: August 30, 2018

David C. Keesler
United States Magistrate Judge