# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-269-RJC-DCK

| | |
|---|---|
| **DERRICK NEWSON,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **PRINSTON PHARMACEUTICAL, INC.,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Stay Case Management Deadlines" (Document No. 31) filed March 4, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's counsel does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Stay Case Management Deadlines" (Document No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Pretrial Order And Case Management Plan" (Document No. 22) deadlines are **STAYED** pending the Court's resolution of "Defendant's Motion to Enforce Settlement Agreement" (Document No. 29).

**SO ORDERED**.

Signed: March 5, 2020

David C. Keesler
United States Magistrate Judge