## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:18-cv-00269-RJC-DCK

| | |
|---|---|
| DERRICK NEWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PRINSTON PHARMACEUTICAL, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

**THIS MATTER** comes before the Court on its own motion.

The trial of this case is currently set for September 8, 2020. (Doc. No. 25: Order). However, the assigned Magistrate Judge stayed all deadlines pending resolution of Defendant's Motion to Enforce Settlement Agreement. (Doc. No. 33: Order).

**IT IS HEREBY ORDERED THAT** the trial of this matter is continued pending resolution of the motion.

Signed: August 12, 2020

Robert J. Conrad, Jr.
United States District Judge